# United States District Court
## Southern District of Georgia

Frank D. Monsegue, SR.,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-21, CR414-19,

United States of America,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 6/27/17, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered denying the 2255 petition.

| | |
|---|---|
| 6/27/17 | Scott L. Poff |
| Date | Clerk |
| | *Walker Guerrel* (signature) |
| | (By) Deputy Clerk |