IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRANK D. MONSEGUE, SR., )
)
    Petitioner, )
)
v. ) CASE NOS. CV416-021
) CR414-019
UNITED STATES OF AMERICA, )
)
    Respondent. )
_____)

## O R D E R

Before the Court is Petitioner Frank D. Monsegue, Sr.'s Motion for Leave to Appeal In Forma Pauperis. (Doc. 64.)[1] Pursuant to 28 U.S.C. § 1915(a)(1), this Court may allow Petitioner to proceed on appeal without prepayment of fees if he submits an affidavit that includes a statement of all his assets and shows that he is unable to pay such fees or give security therefor. However, "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3); see Fed. R. App. P. 24(a)(3)(A).

In this case, Petitioner has failed to provide any meritorious basis for his appeal. After careful

---

[1] All citations are to Petitioner's civil docket at 4:16-CV-00021.

consideration, the Court finds that this appeal is frivolous and not taken in good faith. Accordingly, Petitioner's motion is **DENIED**.

SO ORDERED this 17th day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA