IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FRANK D. MONSEGUE, SR.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　Petitioner-Appellant,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
vs.　　　　　　　　　　　　　　　　　　　) Case No. CV416-021
　　　　　　　　　　　　　　　　　　　　　)　　　　　　 CR414-019
UNITED STATES OF AMERICA,　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　)
　　　　Respondent-Appellee.　　　　　　 )

O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

**SO ORDERED**, this ___31ST___ day of January 2020.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA